**Order entered April 17 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00472-CV

### IN RE BYRON BERNARD DUPREE, Relator

**Original Proceeding from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F97-47901-K**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     LANA MYERS
           JUSTICE